<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7312**

─────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

GARY E. WEST,

                                    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-96-269-A)

─────────────

Submitted: November 24, 1998        Decided: December 21, 1998

─────────────

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Gary E. West, Appellant Pro Se. Richard Christian Pilger, IV, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary E. West seeks to appeal the district court's order denying his post-conviction motion filed under Fed. R. Crim. P. 35 and district court's order denying his motion for reconsideration. West's notice of appeal was filed outside of the appeal period and beyond the time in which the district court could have granted him an extension of time to appeal. See Fed. R. App. P. 4(b) (providing ten-day appeal period and thirty-day extension upon showing of excusable neglect for filing notice of appeal in criminal cases); see also United States v. Breit, 754 F.2d 526, 528-29 (4th Cir. 1985) (ten-day period applies to Rule 35 motions). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED